

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-26-2009

# Juan Mota v. USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-1457

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Juan Mota v. USA" (2009). *2009 Decisions.* Paper 1313.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1313

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

ALD-154                                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-1457
_____

IN RE: JUAN MOTA,
                                    Petitioner

_____

On a Petition for Writ of Mandamus from the
District Court of the Virgin Islands
Division of St. Thomas
(D.V.I. Civil No. 04-cv-00071)
District Judge: Honorable Curtis V. Gomez
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
April 9, 2009

Before: SLOVITER, FUENTES and JORDAN, <u>Circuit</u> Judges

(Opinion filed: May 26, 2009)
_____

OPINION
_____

PER CURIAM

        In February 2009 Juan Mota filed this pro se mandamus petition seeking an order

that the District Court immediately rule upon the motion he filed  pursuant to 28 U.S.C. §

2255 four years ago.

        Subsequently, on February 9, 2009, the District Court appointed counsel for Mota

and scheduled an evidentiary hearing on his § 2255 motion. That hearing took place on March 17, 2009. The government has filed a memorandum in the District Court and Mota has been given until April 6, 2009 to respond.

The District Court has now proceeded on Mota's § 2255 motion, and we are confident that the court will eventually rule on the motion promptly. Accordingly, we will deny his petition for a writ of mandamus.